UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA ex rel, GREGORY CHABOT, as qui tam Plaintiff,

      Plaintiffs,

vs.      Case No.: 6:06-CV-1535-ORL-35KRS

WILSON TRANSPORT MOBILE HOMES SERVICES, INC., and MULTI-TASK, LLC,

      Defendants.
_____/

## CHABOT'S AMENDED EXHIBIT LIST

| EXH # | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | | | | | Deposition of Hank Hollingsworth, as corporate representative of Multi-Task, LLC taken on October 14, 2008 |
| 2 | | | | | Defendants' Rule 26 Disclosures served March 31, 2008 |
| 3 | | | | | FEMA Obligation Report for Defendants' RFQ HSFE04-04-P-4075 (Depo Ex. 5, Bates No. FEMA PR Wilson 2696-2707) |
| 4 | | | | | FEMA Obligation Report for Defendants' RFQ HSFE-04-05-P-4667 (Depo Ex. 5, Bates No. 2826-2845) |

Objections:    A – Authenticity / Completeness
                  C – Compound or previously undisclosed Exhibit without sufficient identification – all objections reserved
                  D – Daubert challenge
                  H – Hearsay objections without recognized exception
                  I – Improper character evidence under FRE 608, 609, limitations on admissibility
                  J – Joint Exhibit
                  N – None, Relevancy reserved
                  R – Relevancy objections pursuant to FRE 401, 402, 403, 411 and/or 702

| | | | | | |
|---|---|---|---|---|---|
| 5 | | | | | FEMA Wilson Transport/Multi-Task File, which includes, invoices, work orders, summary of payments and correspondence between Wilson Transport or Multi-Task and FEMA |
| 6 | | | | | Tax Return Wilson Transport Mobile Home Service – 2002 (Depo Ex. 9) |
| 7 | | | | | Tax Return Wilson Transport Mobile Home Service – 2003 (Depo Ex. 9) |
| 8 | | | | | Tax Return Wilson Transport Mobile Home Service – 2004 (Depo Ex. 9) |
| 9 | | | | | Tax Return Wilson Transport Mobile Home Service – 2005 (Depo Ex. 9) |
| 10 | | | | | Tax Return Wilson Transport Mobile Home Service – 2006 (Depo Ex. 9) |
| 11 | | | | | Tax Return Wilson Transport Mobile Home Service – 2007 (Depo Ex. 9) |
| 12 | | | | | Checks written to Dewitt Carter on Multi-Task Account; Invoices from Dewitt Carter to Multi-Task (Depo Ex. 11) |
| 13 | | | | | Letter from Hank Hollingsworth (Multi-Task, LLC) to Carter Mobile Home Service dated June 20, 2005 regarding decals (Depo Ex. 11) |
| 14 | | | | | Letter from Hank Hollingsworth (Wilson Multi-Task) to Tressa Carter regarding pulling permits (Depo Ex. 11) |
| 15 | | | | | Tax Return Multi-Task, LLC – 2004 (Depo Ex. 12) |
| 16 | | | | | Tax Return Multi-Task, LLC – 2005 (Depo Ex. 12) |

Objections:   A – Authenticity / Completeness
C – Compound or previously undisclosed Exhibit without sufficient identification – all objections reserved
D – Daubert challenge
H – Hearsay objections without recognized exception
I – Improper character evidence under FRE 608, 609, limitations on admissibility
J – Joint Exhibit
N – None, Relevancy reserved
R – Relevancy objections pursuant to FRE 401, 402, 403, 411 and/or 702

| | | | | | |
|---|---|---|---|---|---|
| 17 | | | | | Tax Return Multi-Task, LLC – 2006 (Depo Ex. 12) |
| 18 | | | | | Tax Return Multi-Task, LLC – 2007 (Depo Ex. 12) |
| 19 | | | | | Install Specifications from Defendants' contract (Depo Ex. 13, Bates No. FEMA PR Wilson2601-2602) |
| 20 | | | | | Deposition of William Wilson, as corporate representative of Wilson Transport, taken October 14-15, 2008 |
| 21 | | | | | 2008 Louisiana Building Construction License issued to Multi-Task, LLC (Depo Ex. 14) |
| 22 | | | | | Liquefied Petroleum Gas Permit issued to Multi-Task, LLC February 2008 (Depo Ex. 14) |
| 23 | | | | | Louisiana Office of State Fire Marshal Installer/Transporter Licensed dated July 1, 2008 issued to Multi-Task, LLC (Depo Ex. 14) |
| 24 | | | | | Texas Manufactured Housing License issued to Michael J. Glass September 14, 2008 (Depo Ex. 14) |
| 25 | | | | | Mobile Home Installer License issued to Michael J. Glass October 1, 2008 (Depo Ex. 14) |
| 26 | | | | | Louisiana Manufactured Housing Developers License issued to Multi-Task, LLC December 28, 2007 (Depo Ex. 14) |
| 27 | | | | | Louisiana Manufactured Housing Retailers License issued to Multi-Task, LLC December 28, 2007 (Depo Ex. 14) |

Objections:  A – Authenticity / Completeness
C – Compound or previously undisclosed Exhibit without sufficient identification – all objections reserved
D – Daubert challenge
H – Hearsay objections without recognized exception
I – Improper character evidence under FRE 608, 609, limitations on admissibility
J – Joint Exhibit
N – None, Relevancy reserved
R – Relevancy objections pursuant to FRE 401, 402, 403, 411 and/or 702

| | | | | | |
|---|---|---|---|---|---|
| 28 | | | | | Louisiana Manufactured Housing Installer License issued to Hank Hollingsworth, Multi-Task, LLC December 28, 2007 (Depo Ex. 14) |
| 29 | | | | | Louisiana Manufactured Housing Salesman's License issued to Hank Hollingsworth, Multi-Task, LLC December 28, 2007 (Depo Ex. 14) |
| 30 | | | | | Rapides Parish (Louisiana) Occupational License issued to Multi-Task, LLC January 1, 2008 (Depo Ex. 14) |
| 31 | | | | | Certificate of Recognition from Fluor to Multi-Task, LLC (Depo Ex. 14) |
| 32 | | | | | Minutes and Waiver Notice from Wilson Transport Mobile Home Services, Inc. Board of Directors Meeting dated April 30, 2005 (Depo Ex. 14) |
| 33 | | | | | Stock shares certificates for William Wilson, Hank Hollingsworth and Sandra Hollingsworth in Wilson Transport Mobile Home Services, Inc. (Depo Ex. 14) |
| 34 | | | | | 2004 Form 1099 issued to Michael Acosta from Multi-Task, LLC (Depo Ex. 14) |
| 35 | | | | | 2004 Form 1099 issued to Joseph Lunceam, from Multi-Task, LLC (Depo Ex. 14) |
| 36 | | | | | 2004 Form 1099 issued to Gerald Crenshaw from Multi-Task, LLC (Depo Ex. 14) |
| 37 | | | | | 2004 Form 1099 issued to Vidal Lopez from Multi-Task, LLC (Depo Ex. 14) |

Objections:   A – Authenticity / Completeness
C – Compound or previously undisclosed Exhibit without sufficient identification – all objections reserved
D – Daubert challenge
H – Hearsay objections without recognized exception
I – Improper character evidence under FRE 608, 609, limitations on admissibility
J – Joint Exhibit
N – None, Relevancy reserved
R – Relevancy objections pursuant to FRE 401, 402, 403, 411 and/or 702

| | | | | | |
|---|---|---|---|---|---|
| 38 | | | | | 2004 Form 1099 issued to Patrick Beck from Multi-Task, LLC (Depo Ex. 14) |
| 39 | | | | | 2004 Form 1099 issued to Jimmy Brown from Multi-Task, LLC (Depo Ex. 14) |
| 40 | | | | | 2005 Form 1099 issued to Lillie Wilson from Multi-Task, LLC (Depo Ex. 14) |
| 41 | | | | | 2005 Form 1099 issued to Shane Lugenbeel from Multi-Task, LLC (Depo Ex. 14) |
| 42 | | | | | 2005 Form 1099 issued to Robert W. Plunk from Multi-Task, LLC (Depo Ex. 14) |
| 43 | | | | | 2005 Form 1099 issued to Patrick Beck from Multi-Task, LLC (Depo Ex. 14) |
| 44 | | | | | 2005 Form 1099 issued to Gerald Crenshaw from Multi-Task, LLC (Depo Ex. 14) |
| 45 | | | | | 2005 Form 1099 issued to JCJ Consultants from Multi-Task, LLC (Depo Ex. 14) |
| 46 | | | | | 2005 Form 1099 issued to Jimmy Brown from Multi-Task, LLC (Depo Ex. 14) |
| 47 | | | | | 2005 Form 1099 issued to Alfred Cortez from Multi-Task, LLC (Depo Ex. 14) |
| 48 | | | | | 2006 Form 1099 issued to JCJ Consultants from Multi-Task, LLC (Depo Ex. 14) |
| 49 | | | | | 2006 Form 1099 issued to Gerald Crenshaw from Multi-Task, LLC (Depo Ex. 14) |

Objections:   A – Authenticity / Completeness
C – Compound or previously undisclosed Exhibit without sufficient identification – all objections reserved
D – Daubert challenge
H – Hearsay objections without recognized exception
I – Improper character evidence under FRE 608, 609, limitations on admissibility
J – Joint Exhibit
N – None, Relevancy reserved
R – Relevancy objections pursuant to FRE 401, 402, 403, 411 and/or 702

| | | | | | |
|---|---|---|---|---|---|
| 50 | | | | | 2006 Form 1099 issued to Al Cortez from Multi-Task, LLC (Depo Ex. 14) |
| 51 | | | | | 2006 Form 1099 issued to Brady M/H Transporting from Multi-Task, LLC (Depo Ex. 14) |
| 52 | | | | | 2006 Form 1099 issued to Jimmy Brown from Multi-Task, LLC (Depo Ex. 14) |
| 53 | | | | | Facsimile from Gail Coker to Angela Wilson dated August 31, 2004 transmitting installation contract Provisions/Terms and Conditions specifications (Depo Ex. 15) |
| 54 | | | | | Louisiana Manufactured Housing Installation Permit (Certification of Installation) (Depo. Ex. 16) |
| 55 | | | | | Defendants' Bid Items for Mobile Home and Travel Trailer Installations (Depo Ex. 17) |
| 56 | | | | | Handwritten list of Florida Contractors (Depo Ex. 18) |
| 57 | | | | | Supply/Travel receipts from Defendants (Depo Ex. 19) |
| 58 | | | | | Multi-Task, LLC Payroll Ledger for Contractors (August 15 – November 1, 2004) (Depo Ex. 20) |
| 59 | | | | | Wilson Multi-Task Work Orders (Depo Ex. 21) |
| 60 | | | | | Letter from Wilson to Doug Richie re: outstanding work orders in Pensacola region. (Depo Ex. 21 |
| 61 | | | | | CCR Registration for Wilson Transport Mobile Home Services (Depo Ex. 22) |

Objections:   A – Authenticity / Completeness
C – Compound or previously undisclosed Exhibit without sufficient identification – all objections reserved
D – Daubert challenge
H – Hearsay objections without recognized exception
I – Improper character evidence under FRE 608, 609, limitations on admissibility
J – Joint Exhibit
N – None, Relevancy reserved
R – Relevancy objections pursuant to FRE 401, 402, 403, 411 and/or 702

| | | | | | |
|---|---|---|---|---|---|
| 62 | | | | | Defendants' List of Work Crews (Depo Ex. 22) |
| 63 | | | | | Wilson Multi-Task Maintenance Invoice Pricing with attached travel trailer installation Specifications (Depo Ex. 23) |
| 64 | | | | | Deposition of Michael Glass taken October 15, 2009 |
| 65 | | | | | OSHA Excerpts for Florida Mobile Home Contractors (set-up & tie down) (Depo Ex. 24) |
| 66 | | | | | "Are you an Installation Contractor?" The Journal – The Magazine for Manufactured Housing Professionals, June 1999 (Depo Ex. 24) |
| 67 | | | | | Business Card of Joe Faulk, Joe's Mobile Home Service & Removal (Depo Ex. 24) |
| 68 | | | | | Corporate Information for JCJ Consulting Services (Depo Ex. 24) |
| 69 | | | | | FEMA Contract File for Defendants Wilson Transport and Multi-Task |
| 70 | | | | | Defendant's Rule 26 Disclsoures |
| 71 | | | | | All pleadings, motions with attachments and/or exhibits, notices, discovery served and/or filed in Chabot v. Wilson/Multi-Task by either party for purposes of rebuttal |
| 72 | | | | | Affidavit of Henry Hollingsworth dated April 7, 2009 |

Objections:   A – Authenticity / Completeness
C – Compound or previously undisclosed Exhibit without sufficient identification – all objections reserved
D – Daubert challenge
H – Hearsay objections without recognized exception
I – Improper character evidence under FRE 608, 609, limitations on admissibility
J – Joint Exhibit
N – None, Relevancy reserved
R – Relevancy objections pursuant to FRE 401, 402, 403, 411 and/or 702

| | | | | | |
|---|---|---|---|---|---|
| 73 | | | | | Defendants' Answers to Plaintiff's First Interrogatories dated January 23, 2009 in *USA ex rel. Chabot v. Wilson/Multi-Task* |
| 74 | | | | | Defendants' Response to First Request for Admissions dated January 23, 2009 in *USA ex rel. Chabot v. Wilson/Multi-Task* |
| 75 | | | | | Defendants' Response to Second Request for Admissions dated February 27, 2009 in *USA ex rel. Chabot v. Wilson/Multi-Task* |
| 76 | | | | | Defendants' Response to Second Interrogatories dated February 27, 2009 in *USA ex rel. Chabot v. Wilson/Multi-Task* |
| 77 | | | | | Defendants' Response to Third Interrogatories dated February 27, 2009 in *USA ex rel. Chabot v. Wilson/Multi-Task* |
| 78 | | | | | Defendants' Response to Second Request for Production dated March 2, 2009 (Multi-Task RFP 101-128) in *USA ex rel. Chabot v. Wilson/Multi-Task* |
| 79 | | | | | Defendants' Response to Third Request to Produced dated March 2, 2009 in *USA ex rel. Chabot v. Wilson/Multi-Task* |
| 80 | | | | | Invoices submitted by Defendants' Wilson Transport/Multi-Task to FEMA for payment under the contract(s) |
| 81 | | | | | Copies of invoices submitted to FEMA by Defendants' Wilson Transport/Multi-Task produced by FEMA pursuant to subpoena |
| 82 | | | | | FEMA's report/.summary of payments to Wilson Transport/Multi-Task |

Objections:   A – Authenticity / Completeness
C – Compound or previously undisclosed Exhibit without sufficient identification – all objections reserved
D – Daubert challenge
H – Hearsay objections without recognized exception
I – Improper character evidence under FRE 608, 609, limitations on admissibility
J – Joint Exhibit
N – None, Relevancy reserved
R – Relevancy objections pursuant to FRE 401, 402, 403, 411 and/or 702

| | | | | | |
|---|---|---|---|---|---|
| 83 | | | | | Wilson/Multi-Task Installation Contract and Amendments |
| 84 | | | | | Wilson/Multi-Task Maintenance Contract and Amendments |
| 85 | | | | | Facsimile from Michael Glass on Multi-Task Coversheet to Kimberly Coakley (FEMA) dated November 29, 2006 providing signed contract modification for Wilson Transport (3 pages) |
| 86 | | | | | E-mail from Cathy McNamara to mgwilsonmultitask@yahoo.com, hhwilsonmultitask@yahoo.com, shwilsonmultitask@yahoo.com dated November 7, 2005, Subject: Extending Performance Period |
| 87 | | | | | Facsimile from Laurel (FEMA) to Wilson Multi-Task dated March 29, 2005 requesting signature (2 pages) |
| 88 | | | | | Facsimile from Wilson Multi-Task, Hank Hollingsworth, to Laurel (FEMA) dated March 31, 2005 providing signed copy of contract amendment (2 pages) |
| 89 | | | | | Facsimile from Laurel Beiger to Wilson Multi Task dated February 8, 2005 providing signed modification of contract (2 pages) |
| 90 | | | | | Facsimile from Wilson Multi-Task, Hank Hollingsworth, to Laurel Beiger dated February 7, 2005 providing signed copy of contract extension (2 pages) |
| 91 | | | | | Correspondence from Angela Wilson to Theresa Coker dated August 21, 2004 providing experience in disaster relief |

Objections:   A – Authenticity / Completeness
C – Compound or previously undisclosed Exhibit without sufficient identification – all objections reserved
D – Daubert challenge
H – Hearsay objections without recognized exception
I – Improper character evidence under FRE 608, 609, limitations on admissibility
J – Joint Exhibit
N – None, Relevancy reserved
R – Relevancy objections pursuant to FRE 401, 402, 403, 411 and/or 702

| # | | | | | Description |
|---|---|---|---|---|---|
| 92 | | | | | Amendment to Installation Contract signed by Michael Glass as Operations Manager for Wilson Transport on November 29, 2006 |
| 93 | | | | | Amendment to Installation Contract for "Wilson Multi-Task" deobligating funds signed by Bryan McCreary, FEMA Contracting Officer on November 23, 2005 (3 pages) |
| 94 | | | | | Amendment to Installation Contract for "Wilson Multi-Task" signed by Hank Hollingsworth, CEO on April 4, 2005 (2 pages) |
| 95 | | | | | Amendment to Installation Contract for "Wilson Multi-Task" signed by Hank Hollingsworth, CEO dated March 31, 2005 |
| 96 | | | | | Amendment to Installation Contract changing name and address of contractor from Wilson Transport MHS, Inc. to "Wilson Multi-Task" signed by William Wilson, President on February 5, 2005 |
| 97 | | | | | Florida Statutes 320.8249 |
| 98 | | | | | Florida Administrative Code Chapter 15C-2 |
| 99 | | | | | "Installer News" authored by Phil Bergelt, Program Manager, Bureau of Mobile Homes and distributed to installers dated Spring 2003, Vol. 3, Issue 1 (Depo Ex. 7) |

Objections:   A – Authenticity / Completeness
C – Compound or previously undisclosed Exhibit without sufficient identification – all objections reserved
D – Daubert challenge
H – Hearsay objections without recognized exception
I – Improper character evidence under FRE 608, 609, limitations on admissibility
J – Joint Exhibit
N – None, Relevancy reserved
R – Relevancy objections pursuant to FRE 401, 402, 403, 411 and/or 702

| | | | | | | |
|---|---|---|---|---|---|---|
| 100 | | | | | | Mobile/Manufactured Home Installation Standards prepared by the Department of Highway Safety and Motor Vehicles, Division of Motor Vehicles, Bureau of MH and RV Construction (Depo Ex. 23) |
| 101 | | | | | | Florida Statute 320.8249 and 320.8285 (2004 Revision) |
| 102 | | | | | | Florida Statutes 320.01 |
| 103 | | | | | | Florida Administrative Code 15C-1 |
| 104 | | | | | | Florida Statutes 320.822 |
| 105 | | | | | | E-mail from Ken Cashin to Greg Chabot dated October 5, 2004 providing bid information (Depo Ex. 37) |
| 106 | | | | | | Carter Documents |
| 107 | | | | | | All exhibits listed by Defendants |

Respectfully submitted on this 31st day of August, 2009.

                THE MEREDITH LAW FIRM

                /s/ Paul M. Meredith
                PAUL M. MEREDITH
                Florida Bar No. 0745741
                P.O. Box 38
                St. Augustine, FL 32085
                Telephone: (904) 825-1942
                Facsimile: (904) 825-1912
                meredithlawfirm@bellsouth.net

Objections:    A – Authenticity / Completeness
               C – Compound or previously undisclosed Exhibit without sufficient identification – all objections reserved
               D – Daubert challenge
               H – Hearsay objections without recognized exception
               I – Improper character evidence under FRE 608, 609, limitations on admissibility
               J – Joint Exhibit
               N – None, Relevancy reserved
               R – Relevancy objections pursuant to FRE 401, 402, 403, 411 and/or 702

Trial Counsel for Plaintiff/Relator Chabot

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August, 2009, the foregoing was filed with the Clerk of this Court by CM/ECF, which will send an electronic notice of filing to the following:

| | |
|---|---|
| Charles D. Elliott, Esquire<br>3709 Masonic Drive<br>Alexandria, LA 71301 | Phillip R. Lammens, Esquire<br>Office of U.S. Attorney<br>207 NW 2nd Street, Room 118<br>Ocala, FL 34475-6666 |
| Jennifer Chorpening, Esquire<br>U.S. Department of Justice – Civil Division<br>P.O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20444 | James D. Fuller, Esquire<br>250 International Parkway, Suite 330<br>Lake Mary, FL 32746 |

/s/ Paul M. Meredith
PAUL M. MEREDITH

Objections:   A – Authenticity / Completeness
              C – Compound or previously undisclosed Exhibit without sufficient identification – all objections reserved
              D – Daubert challenge
              H – Hearsay objections without recognized exception
              I – Improper character evidence under FRE 608, 609, limitations on admissibility
              J – Joint Exhibit
              N – None, Relevancy reserved
              R – Relevancy objections pursuant to FRE 401, 402, 403, 411 and/or 702