UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA, ex
rel. GREGORY CHABOT, as *qui tam*
Plaintiff,

    Plaintiffs,
vs.                                                                                         Case No.: 6:06-CV-1529-ORL-35KRS

NU-WAY CONCRETE CO., INC.,

    Defendant.
_____/

UNITED STATES OF AMERICA, ex
rel. GREGORY CHABOT, as *qui tam*
Plaintiff,

    Plaintiffs,
vs.                                                                                         CASE NO: 6:06-cv-1532-ORL-35KRS

ROBERTO PEREDES, individually,
and STEVE JONES, individually,
d/b/a STEVE JONES HOMES, INC.

    Defendants.
_____/

UNITED STATES OF AMERICA, ex
rel. GREGORY CHABOT, as *qui tam*
Plaintiff,

    Plaintiffs,
vs.                                                                                         CASE NO: 6:06-CV-1530-ORL-35KRS

RCG-ENTERPRISES, INC.,

    Defendant.
_____/

UNITED STATES OF AMERICA, ex
rel. GREGORY CHABOT, as qui tam
Plaintiff,

   Plaintiffs,
vs.                 Case No.: 6:06-CV-1531-ORL-35KRS

RV SERVICES, LLC.

   Defendant.
_____/

UNITED STATES OF AMERICA ex rel, GREGORY CHABOT, as qui tam Plaintiff,

   Plaintiffs,
vs.                 Case No.: 6:06-CV-1534-ORL-35KRS

WESTGATE HOMES, INC.,

   Defendant.
_____/

UNITED STATES OF AMERICA ex rel, GREGORY CHABOT, as qui tam Plaintiff,

   Plaintiffs,
vs.                 Case No.: 6:06-CV-1535-ORL-35KRS

WILSON TRANSPORT MOBILE HOMES SERVICES, INC., and MULTI-TASK, LLC,

   Defendants.
_____/

UNITED STATES OF AMERICA and GREGORY CHABOT,

   Plaintiff,           Case No. 6:06-CV-1528-ORL-35KRS
vs.

MLU SERVICES, INC.,

   Defendant.
_____/

**PLAINTIFF/RELATOR CHABOT'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY FOR TODAY'S HEARING**

Chabot files this notice of filing supplemental authority for today's hearing on the motion to obtain *de bene esse* testimony of FEMA Contact Officer Bryan McCreary. The following authority further supports Chabot's justifiable belief that the testimony contained in Bryan McCreary's affidavit at the time said affidavit was obtained could be secured for trial by subpoena pursuant to Fed.R.Civ.P. Rule 45. The following supplemental authority is provided as follows:

**1. United States ex rel. Pogue v. Diabetes Treatment Ctrs. of Am., Inc., 474 F. Supp. 2d 75, 77-78 (D.D.C. 2007**)( "In light of the Court of Appeals' subsequent decision in *Yousuf v. Samantar*, 451 F.3d 248 (D.C. Cir. June 16, 2006). *Yousuf* held that a federal agency is a "person" for the purposes of Rule 45 and thus subject to a motion to compel under that Rule, including in cases where the United States is not a party… there is no authority indicating that HHS can block all testimony by a former employee as to that individual's personal opinions and observations, absent the assertion of a specific privilege. citing *Carter v. Mississippi Department of Corrections*, (adoption of Touhy regulations does not create absolute privilege for agency to withhold information from court)… As such, the sound approach is for DTCA to determine what requests remain unmet and submit them to HHS in the form of a subpoena in compliance with the agency's Touhy regulations. The Motion to Compel is GRANTED, insofar as the Court expects HHS to process the subpoena with dispatch. When HHS has completed this process, DTCA may seek review of this final agency action through a motion to compel further compliance. At that point the other objections that HHS has previously raised to DTCA's requests -- to their scope and nature, etc. -- can be addressed to the extent they are raised again, and the Court can compel further compliance with the subpoena if necessary.")

Respectfully submitted on this 2nd day of September, 2009.

                THE MEREDITH LAW FIRM

                /s/ Paul M. Meredith
                PAUL M. MEREDITH
                Florida Bar No. 0745741
                P.O. Box 38
                St. Augustine, FL 32085
                Telephone: (904) 825-1942
                Facsimile: (904) 825-1912
                meredithlawfirm@bellsouth.net
                Trial Counsel for Plaintiff/Relator Chabot

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2009, the foregoing was filed with the Clerk of this Court by CM/ECF, which will send an electronic notice of filing to the following:

Charles D. Elliott, Esquire
3709 Masonic Drive
Alexandria, LA 71301

Jennifer Chorpening, Esquire
U.S. Department of Justice – Civil Division
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20444

Stephen C. Bullock, Esquire
P.O. Box 1029
Lake City, FL 32056-1029

John W. Forehand, Esquire
R. Craig Spickard, Esquire
Edwin A. Steinmeyer, Esquire
2600 Centennial Place, Suite 100
Tallahassee, FL 32308

Mark D. Kiser, Esquire
P.O. Box 1102
Tampa, FL 33601-1102

Phillip R. Lammens, Esquire
Office of U.S. Attorney
207 NW 2nd Street, Room 118
Ocala, FL 34475-6666

James D. Fuller, Esquire
250 International Parkway, Suite 330
Lake Mary, FL 32746

Damon A. Chase, Esquire
250 International Parkway, Suite 330
Lake Mary, FL 32746

J. Marshall Gilmore, Esquire
1500 Louisiana Ave., Suite 4
Winter Park, FL 32789

*/s/ Paul M. Meredith*
PAUL M. MEREDITH