

# IKON Shared Service Center

The Way Business G

Your Credit Card entry has been processed. Your transaction number is 859131. Please keep this number for your records.

## Company Information:

Customer No.: VIEL
Company Name: VILAR & ELLIOTT
Address1: P.O. BOX 12730
Address2:
City, State Zip ALEXANDRIA , VA 71315
Province

## Card/Cardholder Information

First & Middle: CHARLES D.
Last: ELLIOTT
Work Phone: (318) 442-9533
Fax No: (318) 442-9532
E-Mail:

AVS Postal Code: 71315
Card Type: American Express
Card Number: XXXXXXXXXXXX4030
Expiration Date: 06 12
Security ID:
Security Ind:
Currency: US Dollars

(Notes)

## IKON Invoice Information

| District ID | Invoice # | Base Amount | Freight | Tax Exempt | Sales Tax | Total Amount | Refund Reason Cd |
|---|---|---|---|---|---|---|---|
| L19 | 08100123 | $971.46 | $.00 | Included | $14.57 | $986.03 | -- |

Comments:
Phone Auth #: 154348        Phone Auth Date: 10/9/2008

### Back to Credit Card Entry

© 2001 IKON Office Solutions
All Rights Reserved
If you experience problems with this page please email the Global Help Desk

D.S.K.
Copies of
FEMA Docs

**DEFENDANT'S EXHIBIT**
"C"

GIA MANGIARACINA, INC.
d/b/a M&S COURT REPORTERS
POST OFFICE BOX 711
ALEXANDRIA, LOUISIANA 71309-0711
PHONE: 318-443-8759
FAX: 866-929-4472
TAX I.D.: 72-1468331
email: mscourtreporters@aol.com

0607026

Mr. Charles D. Elliott
Vilar & Elliott
3709 Masonic Drive
Alexandria, Louisiana 71301

---

Billing date: December 30, 2008　　　　File #101308　　　　Invoice #8526

re:　　US of American ex rel, Gregory Chabot, as qui tam versus Wilson Transport Mobile
　　　　Homes Services, Inc. and Multi-Task, LLC
　　　　Case No. 6:06-CV-1535-ORL-28KRS


Depositions of: Henry Hollingsworth, Jr, William Wilson and Michael Glass
Taken October 13, 14 and 15th, 2008, in Alexandria, Louisiana


Copies of transcripts (does not include exhibits) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $837.00



\*\*\* **INVOICE DUE AND PAYABLE UPON RECEIPT** \*\*\*
PLEASE RETURN COPY OF INVOICE WITH PAYMENT

INTEREST RATE OF 1.75%
WILL BE APPLIED TO MONTHLY BALANCE EVERY 30 DAYS

WE ACCEPT VISA, MASTER CARD AND DISCOVER
FULL-SERVICE CONFERENCE ROOMS AVAILABLE IN ALEXANDRIA, LOUISIANA

PAID
CK. NO. 8897
DATE 1/5/9

Fax 318.442.9532

**JOHNS, STEPHENSON & BIERY**
**ADVANTAGE COURT REPORTERS**
305 NE 1st Street
Gainesville, FL 32601
(352) 373-7778 Fax: (352) 373-8301

Multitask/Chabot
0607026

Elliott, Charles D., Esquire
P.O. Box 12730
Alexandria, LA 71315-2730

**INVOICE NO.:** 956755
**INVOICE DATE:** 11/24/2008
**REPORTER:** Nancy Stephenson

ID# 59-3350517

6:06-cv-1535-Orl-28KRS
USA ex rel Chabot v Wilson Transport
Deposition of Gregory Chabot

| Date | Description | Amount |
|---|---|---|
| 11/11/2008 | Attendance of Reporter | 175.00 |
| | Transcript original and one copy | 660.25 |
| | Exhibit copies | 6.60 |
| | FedEx COD shipping | 29.27 |
| | Sub Total | 871.12 |
| | Paid | 0.00 |
| | Balance Due | 871.12 |

Thank you for your business!! Please return a copy of the invoice
Now accepting Visa/Mastercard
There will be a 3.95% fee applied for credit card transactions.



PAID
CK. NO. 5203
DATE 11/24/8



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16900 | 9/9/2009 | 17181 |
| Job Date | Case No. | |
| 8/26/2009 | 6:06-CV-1528 | |

**Case Name**

Gregory Chabot vs. NU-Way, et al.

**Payment Terms**

Net 30

Stephen C. Bullock, Esquire
Brannon, Brown, Haley & Bullock, PA
116 N.W. Columbia Avenue
Lake City, FL 32055

SEP 12 2009

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

    Hearing before Judge Mary Scriven, backorder      674.35
        ASCII, Condensed      30.00

**TOTAL DUE >>>**     **$704.35**

Thank you for your business!

Invoices will accrue interest at 1.8% per month on unpaid balances, net 30 days. Invoice cannot be adjusted after 30 days. Payment not contingent on client reimbursement. If turned over for collection, you agree to pay all collection costs and attorney fees.

*[handwritten: MultiTask 06-07-026 send ck to Stephen Bullock for $ 140.87 our 1/5 of this bill]*

**PAID** CK. NO. 5349 DATE 9/14/09

**Tax ID:** 59-2754282

*Please detach bottom portion and return with payment.*

Stephen C. Bullock, Esquire
Brannon, Brown, Haley & Bullock, PA
116 N.W. Columbia Avenue
Lake City, FL 32055

Job No. : 17181    BU ID : West FL
Case No. : 6:06-CV-1528
Case Name : Gregory Chabot vs. NU-Way, et al.

Invoice No. : 16900    Invoice Date : 9/9/2009
Total Due : $ 704.35

Remit To: **Orange Reporting**
          1416 E. Robinson Street
          Orlando, FL 32801

**PAYMENT WITH CREDIT CARD**   AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date:      Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:

|  |  |  |
|---|---|---|
| | RED RIVER BANK<br>ALEXANDRIA, LOUISIANA<br>MEMBER FDIC | **5949** |
| **VILAR & ELLIOTT LLC**<br>CLIENT COST ACCOUNT<br>P.O. BOX 12730<br>ALEXANDRIA, LA 71315 | | 84-526/652<br>21<br>9/16/2009 |

PAY TO THE ORDER OF   Orange Reporting                                                              $ **140.87

One Hundred Forty and 87/100************************************************************************ DOLLARS

Orange Reporting
1416 E. Robinson Street
Orlando, FL 32801

MEMO
0607026/MT-Inv#16900                                                    AUTHORIZED SIGNATURE

⑈005949⑈ ⑆065205264⑆ 105⑈870⑈0⑈

Orange Reporting                                              9/16/2009                        5949
                              0607026/MT-1/5 payment of Job#17181                              140.87
                              transcript of Hearing before Judge Mary Scriven

Red River Client Cost A    0607026/MT-Inv#16900                                                140.87



# CYNTHIA R. GREEN, COURT REPORTER

698 Barrington Circle
Winter Springs, Florida 32708
407.365.7371 · 407.365.1193 (fax)
ReportingOrlando@aol.com

September 15, 2009

Charles D. Elliott, Esquire
Vilar & Elliott
3709 Masonic Drive
Alexandria, LA 71315-2730

# INVOICE

09/11/09 Deposition of Bryan McCreary
United States of America, et al. v. Nu-Way Concrete, et al.

| | |
|---|---:|
| **Deposition Transcript of Bryan McCreary** | |
| Transcript: Copy (324) | $ 858.60 |
| Exhibits (109) | 54.50 |
| Shipping (FedEx) | 40.00 |
| **TOTAL:** | $ 953.10 |

PAID
CK. NO. 5753
DATE 9/16/09

Judy
318.442.9532 (f)

Terms: Due Upon Receipt.

*AO 44 (Rev. 03/08)*

metti took 06.07.02b

# UNITED STATES DISTRICT COURT
for the Middle District of Florida

## INVOICE

NUMBER: CV 126

TO: Vilar & Elliott
c/o Charles Elliott
PO Box 12730
Alexandria, LA 71315-2730
PHONE: 800-640-0349
FAX:

MAKE CHECK PAYABLE TO:
Koretta Stanford
Official Court Reporter
PO Box 531008
Orlando, FL 32853
PHONE: 407-872-1715

### TRANSCRIPTS

☐ CRIMINAL ☒ CIVIL
DATE ORDERED: 9/18/09
DATE DELIVERED:

IN THE MATTER OF (CASE NUMBER AND TITLE):
6:06 CV 1530; USA/Chabot v. RCG Enterprises

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | 140 | 3.65 | $511.00 | | | | | | | $511.00 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

PAID
CK. NO. 4017
DATE 10/13/09

For proceedings on (Date):
090809 - Dwight Davis;
090909 - Chabot / Bergelt;
091009 - McCreary; Court's ruling

TOTAL: $511.00
LESS DISCOUNT FOR LATE DELIVERY:
LESS TAX (If Applicable):
LESS AMOUNT OF DEPOSIT:
TOTAL REFUNDED:
TOTAL DUE: $511.00

### ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER: Koretta Stanford
DATE: 10/2/09

DISTRIBUTION: TO PARTY (2 copies - 1 to be returned with payment) COURT REPORTER COURT REPORTER SUPERVISOR



RECEIPT - CV137

To: Vilar & Elliott

P.O. Box 12730

Alexandria, LA 71315-2730


For: Case no. 6:06-CV-1535

Transcripts (Realtime Copy)

030210 Day 2 Nu-Way Trial - $506 (ck#6271)

030410 Day 3 Nu-Way Trial - $268 (ck#6275)

030810 Day 1 Wilson/Multi-Task (Mr. Meredith's opening statement)
$ 21 (cash)

Total: $795.00

(Paid in full)


3/19/2010   s/Koretta Stanford
            Official Court Reporter
            U.S. District Court
            401 W Central Blvd. #4600
            Orlando, FL 32801-0460



